NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2010-1228

IMAGECUBE LLC,

Plaintiff-Appellant,

v.

THE BOEING COMPANY,

Defendant-Appellee,

and

MTS SYSTEMS CORPORATION
and AEROMET CORPORATION,

Defendants.

Appeal from the United States District Court for the Northern District of Illinois in case no. 04-CV-7587, Judge Robert M. Dow, Jr.

_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

2010-1265

IMAGECUBE LLC,

Plaintiff-Appellant,

v.

THE BOEING COMPANY,

Defendant-Appellee,

and

MTS SYSTEMS CORPORATION
and AEROMET CORPORATION,

Defendants.

Appeal from the United States District Court for the Northern District of Illinois
in case no. 04-CV-7587, Judge Robert M. Dow, Jr.

ON MOTION

<u>O R D E R</u>

Upon consideration of ImageCube LLC's motion to voluntarily dismiss appeal
2010-1228,

IT IS ORDERED THAT:

(1)    The motion is granted.

(2)    Each side shall bear its own costs in 2010-1228.

(3)    The revised official caption in 2010-1265 is reflected above.

FOR THE COURT

APR 1 9 2010                    /s/ Jan Horbaly
      Date                         Jan Horbaly
                                Clerk

cc:    Joseph N. Hosteny, Esq.
       Allen E. Hoover, Esq.

ISSUED AS A MANDATE (as to 2010-1228 only): _____ APR 1 9 2010 _____

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

APR 1 9 2010

JAN HORBALY
CLERK